UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNEDY BAKER,<br><br>        Plaintiff,<br><br>   v.<br><br>LAWRENCE NASSAR, et al.,<br><br>        Defendants. | Case No.  19-cv-00110-LHK   (SVK)<br><br>**ORDER ON PLAINTIFF'S MOTION TO DEPOSE INCARCERATED DEFENDANT LAWRENCE NASSAR**<br><br>Re: Dkt. No. 44 |

The Court is in receipt of Plaintiff Kennedy Baker's Motion for Leave of Court Under Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure to Depose Incarcerated Defendant, Lawrence Nassar. Dkt. 44. Pursuant to Civil Local Rule 7-1(b), the Court determines that it is suitable to decide this issue on the papers. The discovery hearing on May 4, 2021 is vacated. Defendant United States Olympic & Paralympic Committee ("USOPC") does not oppose Plaintiff's request for leave but seeks to delay the deposition indefinitely pending production of documents from Co-Defendant USA Gymnastics ("USAG").  Alternatively, USOPC requests that the Court grant it leave to take a further deposition of Nassar after the documents are produced.   USOPC does not provide any information as to whether it has made an effort to acquire documents from USAG.

Accordingly, having considered the briefs submitted to the Court as well as the District Judge's Case Management Order which provides for a close of discovery of October 15, 2021 (Dkt. 25), the Court GRANTS LEAVE for Plaintiff to take the deposition of Defendant Lawrence Nassar at the federal detention center located at 846 NE 54th Terrace, Wildwood, Florida 34785 or any other prison where Lawrence Nassar is incarcerated, or to take the deposition by remote videoconference to the extent the detention center permits or requires this manner of deposition.  This order is without prejudice to Defendant USOPC requesting leave to take a second deposition of Defendant Nassar upon a showing of good cause.

**SO ORDERED.**

Dated: April 19, 2021

SUSAN VAN KEULEN
United States Magistrate Judge